UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA   )   CASE NUMBER CR 19-00040 LEK
                           )
            vs             )   ABSTRACT OF RELEASE
                           )
(02) Reginald Ramones      )
                           )
                           )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2019

at 4 o'clock and 15 min. PM
SUE BEITIA, CLERK

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __04/05/2019__ the Court entered the following order:

✓ Defendant to be released from custody forthwith

✓ Released to / continued on pretrial release

___ Sentenced to time served

___ Case Dismissed

___ Released to / continued on supervised probation / unsupervised probation

___ Released to / continued on supervised release

___ Defendant to be released once bond conditions are met.  As conditions have been met effective _____, defendant to be released forthwith.

___ Bench warrant recalled

___ Other: _____

Sue Beitia, Clerk of Court

by: B-Aurio   Deputy Clerk