AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

**ORIGINAL**

UNITED STATES OF AMERICA

v.

REGINALD RAMONES

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 19-00040-LEK-02

**SEALED BY ORDER OF THE COURT**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST REGINALD RAMONES and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Conspiracy Against Rights

Deprivation of Rights Under Color of Law

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 08 2019
at 10 o'clock and 30 min. A M
SUE BEITIA, CLERK
ls

U.S. MARSHALS SERVICE HONOLULU
2019 APR -5 AM 8:50
RECEIVED

- in violation of Title 18 United States Code, Section(s) 241; 18: 242 and 2

| | |
|---|---|
| Date: 4/4/2019 | Sue Beitia, Clerk of Court<br>Name and Title of Issuing Officer |
| Location: Honolulu, Hawaii | /S/ Sue Beitia by deputy clerk CB<br>Prepared/Signed By: |

Bail Fixed at

By: Kenneth J. Mansfield, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii | | |
| Date Received 4-4-19<br>Date of Arrest 4-5-19 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Greg Turner, FBI | SIGNATURE OF ARRESTING OFFICER |