# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00040LEK |
| CASE NAME: | USA vs. (1) John Rabago and (2) Reginald Ramones |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | 01 Megan K. Kau |
| | 02 Lynn E. Panagakos |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR C7 |
| DATE: | 05/06/2019 | TIME: | 10:27 - 10:32 |

COURT ACTION:   EP: Final Pretrial Conference and Defendant (2) Reginald Ramone's Motion to Continue Trial [18] -

Defendants (1) John Rabago present, and (2) Reginald Ramones not present, and his presence is waived for purposes of this hearing.

Final Pretrial Conference - not held.

Defendant Reginald Ramone's Motion to Continue Trial - discussion held.

Defendant (1) John Rabago waives his right to a speedy trial, concurs and joins this motion.

Ms. Panagakos represented that Defendant (2) Reginald Ramones waives his right to a speedy trial.

Government has no objection.

Defendant Reginald Ramone's Motion to Continue Trial [18] - Granted.

Jury Selection/Trial set for 6/3/19 @ 9:00 a.m. is continued to 10/21/19 @ 9:00 a.m. before Judge Kobayasi.
Final Pretrial Conference set for 9/23/19 @ 2:00 p.m. before Magistrate Judge to be assigned
Defense motions 9/9/19
Government's response 9/23/19.

The Court finds that in granting this motion, both defendants, Defendant (1) John Rabago who is present, and Defendant (2) Reginald Ramones, who is not present, waive their right under the Speedy Trial Act. Ms. Panagakos represented that Defendant (2) Reginald Ramones waives his right under the Speedy Trial Act.  Court finds that there is good cause for the requested continuance, there was no opposition, and the basis to exclude time is to afford the parties additional time to prepare for trial.

Ms. Panagakos to prepare the order and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.