UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA v. Rabago et al**          Case No.: **19-00040**

Presiding District or Magistrate Judge: **Kobayasahi**

Media Outlet: **The Associated Press**

Representative(s): **Jennifer Kelleher, Audrey McAvoy, Caleb Jones**

Email Address To Send Completed Request Form: **jkelleher@ap.org**

[X] Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 9/25/19-various | various | All on-the-record proceedings in open court. |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: **9/24/19**     SIGNATURE: _(signed)_

PRINTED NAME: **Jennifer Kelleher**

---

IT IS SO ORDERED.

[X] APPROVED     [ ] APPROVED AS MODIFIED     [ ] DENIED

DATED: **9/24/19**     _(signed) Leslie E. Kobayashi_