# MINUTE ORDER

CASE NUMBER: 1:19-CR-00040-LEK-2

CASE NAME: USA v. Reginald Ramones

JUDGE: Leslie E. Kobayashi    DATE: 10/7/2019

COURT ACTION: EO: Pursuant to Arraignment and Plea of Guilty to the Information as to Reginald Ramones in 1:19-cr-00139-LEK held on 9/25/2019, Trial date and all pending deadlines as to this defendant only in 1:19-CR-00040-LEK-2 will be VACATED.

Submitted by: Theresa Lam, Courtroom Manager