LYNN E. PANAGAKOS         #7696
841 Bishop Street, Suite 2201
Honolulu, Hawai`i 96813
Telephone: (808) 542-9943
Facsimile:  (808) 566-0347
E-mail:  lynnpanagakos@yahoo.com

Attorney for Defendant
REGINALD RAMONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>REGINALD RAMONES,<br><br>            Defendant. | CR. NO. 19-00139-LEK<br>CR. NO. 19-00040-LEK-02<br><br>STIPULATION TO PERMIT DEFENDANT REGINALD RAMONES TO TRAVEL;<br>ORDER |

**STIPULATION TO PERMIT
DEFENDANT REGINALD RAMONES TO TRAVEL**

IT IS HEREBY AGREED AND STIPULATED by and between the United States of America, by and through the United States Attorney's Office, Assistant United States Attorney Thomas J. Brady, United States Pretrial Services Officer Erin Patrick, and Defendant Reginald Ramones, by and through his attorney, Lynn E. Panagakos, as follows:

1.   Mr. Ramones shall be permitted to travel from the island of

Oahu to Las Vegas, Nevada, departing on December 12, 2019 and returning on December 23, 2019.

    2.    Mr. Ramones must provide his itinerary to Pretrial Services for approval prior to departure.

DATED:   Honolulu, Hawai`i, November  27 , 2019.

| _Lynn E. Panagakos_ | _/s/ Thomas J. Brady_ |
|---|---|
| LYNN E. PANAGAKOS | THOMAS J. BRADY, AUSA |
| Attorney for Defendant | Attorney for Plaintiff |
| REGINALD RAMONES | UNITED STATES OF AMERICA |

_/s/ Erin Patrick_
ERIN PATRICK
U.S. Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED AT HONOLULU, HAWAII, DECEMBER 2, 2019:



Wes Reber Porter
United States Magistrate Judge

---

*United States of America v. Reginald Ramones* Cr. Nos. 19-00139-LEK, 19-00040-LEK-02; STIPULATION TO PERMIT DEFENDANT REGINALD RAMONES TO TRAVEL; ORDER